FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
AUG 12 2013
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 13-mj-1067 |
| | ) JUDGE GRIFFIN |
| ROBERT STEVEN POLLORENO | ) |

## ORDER

The Complaint and Warrant are hereby placed under seal.

So ORDERED this 12th day of August, 2013.

JULIET GRIFFIN
U.S. MAGISTRATE JUDGE