# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00230 |
| | ) | Judge Trauger |
| ROBERT S. POLLORENO | ) | |

## O R D E R

The defendant has sent a letter to the court marked "Personal & Private." Because of the nature of its contents, it is hereby **ORDERED** that the Clerk shall file this letter under seal, with a copy sent to defense counsel but **not** to the government.

It is so **ORDERED.**

Enter this 16th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge